**FILED**
March 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br> ) <br> Plaintiff,    ) <br> v.    ) <br> ) <br> ROBERT KEPHART,    ) <br> Defendant.    ) <br> ) | Case No. 2:12-mj-00077-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT KEPHART, Case No. 2:12-mj-00077-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $100,000.00.

    __X__   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    __X__   (Other) Unsecured bond paperwork to be filed by 03/19/12.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   3/16/2012   at 2:54 pm.

By _____
/Edmund F. Brennan
United States Magistrate Judge